# COSGROVE, EISENBERG AND KILEY, P.C.
## COUNSELORS AT LAW

MARTIN S. COSGROVE
LEWIS C. EISENBERG
THOMAS R. KILEY
PETER M. McELROY
CARL VALVO

WILLIAM J. CINTOLO
PAUL R. MATTHEWS
THOMAS B. DROHAN
KENNETH W. TERRELL

February 9, 2004

Dennis O'Leary, Clerk
United States District Court
For The District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: **Theresa Romano, LR Blake Trust, and Concetta Romano
vs. Arbella Mutual Insurance Company
United States District Court Civil Action No. 03-12626MLW**
Our File No. arb210772

Dear Mr. O'Leary:

With regard to the above matter and on behalf of the defendant, Arbella Mutual Insurance Company, there is no objection to the matter being referred to a Magistrate for all purposes.

Thank you for your attention in this matter. Please feel free to contact me if you have any questions or concerns.

Very truly yours,

Lewis C. Eisenberg

LCE/sas
cc: Stephen Hrones, Esq.
    Mr. Jack Burke, Property Claim
    (#000212762 & 000213645)

---

803 HANCOCK STREET, P.O. BOX 189, QUINCY, MA 02170-0997 (617) 479-7770, TELECOPIER: (617) 773-6901

ONE INTERNATIONAL PLACE, SUITE 1820, BOSTON, MA 02110-2600 (617) 439-7775, TELECOPIER: (617) 330-8774