UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS  CLERKS OFFICE

|  |  |
|---|---|
| THERESA ROMANO, LR BLAKE TRUST, and )<br>CONCETTA ROMANO, )<br>      Plaintiffs )<br> )<br>V. )<br> )<br>ARBELLA MUTUAL INSURANCE COMPANY, )<br>      Defendant ) | 2004 JUL -7 A 9:32<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br><br>C.A. NO. 03-12626MLW |

## JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.1(D), the parties submit the following Joint Scheduling Statement:

## JOINT PROPOSED DISCOVERY SCHEDULE

The parties propose the following discovery schedule. The goal of the discovery schedule is to narrow the issues and complete discovery on those issue most likely to lead to a speedy resolution of the plaintiffs' claims. The following proposed schedule accomplishes these tasks.

1.  Initial disclosures required by L.R. 26.1(B) should be produced by August 13, 2004.

2.  All written discovery should be propounded and responded by December 31, 2004.

3.  All non-expert depositions should be concluded by June 15, 2005.

4.  Plaintiff's expert designations and reports should be produced by July 1, 2005.

5.  Defendant's expert designations and reports should be produced by August 5, 2005.

6.  Discovery should be concluded by August 31, 2005.

7.     All dispositive motions to be filed by October 1, 2005.

8.     The parties have discussed phased discovery but do not believe it is likely to advance, streamline or make less expensive the planned litigation.

## CERTIFICATION OF CONSULTATION

1.     Plaintiffs' counsel certifies that he has conferred with each of his clients with a view to establishing a budget for the costs of conducting the full and alternative courses of litigation, and has also conferred with his clients to discuss the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

2.     Defendant's counsel certifies that he has conferred with each of his clients with a view to establishing a budget for the costs of conducting the full and alternative courses of litigation, and has also conferred with his client to discuss the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

## SETTLEMENT DISCUSSIONS

Counsel for the parties have informally discussed settlement. However, pending further discovery, the defendant does not presently plan to engage in settlement negotiations.

Respectfully submitted,

Austin J. Freeley, Esq. / BBO# 563349
221 Lewis Wharf
Boston, MA 02108
Dated: July 1, 2004                    (617) 723-9538

Lewis C. Eisenberg, Esq. / BBO#153140
Cosgrove, Eisenberg & Kiley, PC
803 Hancock Street – P.O. Box 189
Quincy, MA 02170
Dated: June 1, 2004                    (617) 479-7770

2