UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO, L.R. BLAKE TRUST, and Concetta Romano<br><br>Plaintiffs<br><br>v.<br><br>ARBELLA MUTUAL INSURANCE CO.,<br><br>Defendant | )<br>)<br>)<br>) Civil Action No.<br>) 03-12626MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. 56(b), the Defendant Arbella Mutual Insurance Co. ("Arbella") hereby moves for summary judgment. Arbella rests this motion on two grounds, which are more fully set forth in the supporting memorandum: 1) that the Plaintiffs have failed to cooperate by not providing requested financial documents which are material to a determination on the claim; and 2) that the Plaintiffs have concealed and/or misrepresented pertinent information to the claim.

WHEREFORE, Defendant requests the Court dismiss Counts I and II of the Complaint.

**CERTIFICATE OF SERVICE**
I hereby certify that on this date a true copy of the above document was served upon the attorney of record for each party by First Class Mail. Hand
Date: 8/4/04
NICHOLAS A. KENNEY

Dated: August 4, 2004

Respectfully submitted,
ARBELLA MUTUAL INSURANCE COMPANY,
By its attorneys,

Lewis C. Eisenberg (NK)
Lewis C. Eisenberg (BBO# 152140)
Nicholas A. Kenney (BBO# 650784)
COSGROVE, EISENBERG & KILEY, P.C.
803 Hancock Street --- P.O. Box 189
Quincy, MA 02170
tel: 617.479.7770

1

## Rule 7.1 Certification

Pursuant to F.R.C.P. Local Rule 7.1(a)(2) I, Nicholas Kenney, hereby certify that Arbella's counsel has conferred and attempted in good faith to resolve or narrow the issue raised in the foregoing motion.

_5/4/04_
Date

_Nicholas A. Kenney_