UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA ROMANO

LR BLAKE TRUST

CONCETTA ROMANO
    Plaintiffs

V.       CIVIL NO. 03-12626 MLW

ARBELLA MUTUAL INSURANCE CO.
    Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

The above-entitled action having been filed on December 30, 2003, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) a further status conference or motion hearing will be held on **August 20, 2003,** in **Courtroom # 24** on the **7th** floor;

(2) Completion of all written discovery is scheduled for December 31, 2004;

(3) Completion of all non-expert depositions is scheduled for June 15, 2004;

(4) Plaintiff's Rule 26 Expert desigantions and reports are due July 1, 2005;

(5) Defendant's Rule 26 Expert desigantions and reports are due August 5, 2005;

(6) All Discovery is to be completed by August 31, 2005;

(8) All dispositive motions, including motions for summary judgment, are to be filed by **October 1, 2005**, and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

    IT IS HEREBY ORDERED THAT

    A **status conference** or **motion hearing** is scheduled at **2:00 P.M.** on **August 20, 2003,** Courtroom 24, 7th floor.

> HONORABLE JOYCE LONDON ALEXANDER
> UNITED STATES MAGISTRATE JUDGE
> By the Court:
>
> /S/ Rex Brown
> Courtroom Clerk

8/9/04
Date