UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO, L.R. BLAKE TRUST, and Concetta Romano,<br>　　　Plaintiffs<br><br>v.<br><br>ARBELLA MUTUAL INSURANCE CO.,<br>　　　Defendants | )<br>) CA No. 03-12626-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as co-counsel on behalf of the plaintiffs, Theresa Romano, L.R. Blake Trust, and Concetta Romano, in the above-captioned proceeding.

Respectfully submitted,
The Plaintiffs Theresa Romano, *et al.,*
By their attorney,

//S//Stephen Hrones_____
Stephen Hrones (BBO No. 242860)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

### CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that, on this 13th day of August, 2004, I have served a true and correct copy of the foregoing NOTICE OF APPEARANCE by United States First-Class Mail, postage prepaid, as follows: Lewis C Eisenberg, Esq., Nicholas A Kenney, Esq., COSGROVE EISENBERG & KILEY, 803 Hancock St, POB 189, Quincy, MA 02170.

//S//Stephen Hrones_____
Stephen Hrones