UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA ROMANO
L.R. BLAKE TRUST
CONCETTA ROMANO
       Plaintiff
V.                                                                CIVIL NO. 03-12626 JLA
ARABELLA MUTUAL INSURANCE COMPANY
       Defendant

NOTICE OF
RE-SCHEDULED STATUS CONFERENCE

ALEXANDER, M.J.,

**PLEASE TAKE NOTICE** that the above-entitled case previously set at 2:00 p.m. on August 20, 2004, has been re-set for a **Scheduling Conference** at **11:30 a.m.** on **Tuesday, August 24, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                         HONORABLE JOYCE LONDON ALEXANDER
                                         UNITED STATES MAGISTRATE JUDGE

                                         By the Court:

August 18, 2004                /S/ Rex Brown
Date                               Courtroom Clerk
                                   (617) 748-9238

Notice to:     Austin J. Freely, Esq.
                *Via electronic notice*
               Stephen B. Hrones, Esq.
               *Via electronic notice*
               Lewis C. Eisenberg, Esq.
               *Via electronic notice*