UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO, L.R. BLAKE TRUST, and Concetta Romano, Plaintiffs </br></br>v.</br></br>ARBELLA MUTUAL INSURANCE CO., Defendants | ) </br> ) CA No. 03-12626-MLW </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "1" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

2. Exhibit "2" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

3. Exhibit "3" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

4. Exhibit "4" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

5. Exhibit "5" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

6. Exhibit "6" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

7. Exhibit "7" to the Plaintiffs' Opposition To Motion For Summary Judgment Of Defendant Arbella Mutual Insurance Company.

The original documents are maintained in the case file in the Clerk's Office

| | |
|---|---|
| //S//Austin J Freeley | //S//Stephen Hrones |
| Austin J Freeley (BBO No. 563349) | Stephen Hrones (BBO No. 242860) |
| FREELEY & FINN | HRONES & GARRITY |
| Lewis Wharf-Bay 221 | Lewis Wharf-Bay 232 |
| Boston, MA 02110 | Boston, MA 02110-3927 |
| T)723-9538 | T)617/227-4019 |

## CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that, on this 27th day of August, 2004, I have served a true and correct copy of the foregoing NOTICE OF FILING WITH CLERK'S OFFICE by United States First-Class Mail, postage prepaid, as follows: Lewis C Eisenberg, Esq., Nicholas A Kenney, Esq., COSGROVE EISENBERG & KILEY, 803 Hancock St, POB 189, Quincy, MA 02170.

//S//Stephen Hrones_____
Stephen Hrones

i