UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO,<br>L.R. BLAKE TRUST, and<br>CONCETTA ROMANO<br>                     Plaintiffs<br><br>V.<br><br>ARBELLA MUTUAL INSURANCE<br>COMPANY<br>                     Defendant | )<br>)<br>) C.A. No. 03-12626MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL AFFIDAVIT OF THERESA ROMANO

I, Theresa Romano, hereby depose and state as follows:

1. I am the Plaintiff in the above-entitled matter.

2. Having read the "signed statements" of Julie Simmons and Lee Coady of Jack Conway Real Estate I need to voice my objections to several statements made therein because some of the statements are completely untrue.

3. No one, other than my sister, my parents, and I, has ever lived at the subject premises located at 49 Bowdoin Avenue, Dorchester, prior to the loss.

4. Over the years, there have been male workers from the neighborhood who did work on the subject premises.

5. My sister and I occupied the subject premises prior to the loss and I have never represented to anyone that the subject premises were vacant.

6. I recall speaking with Julie Simmons sometime during the middle of 2001 and she stated that she thought we could get $222,000 to $250,000 for the house.

Signed under the pains and penalties of perjury this 27[h] day of August, 2004.

//S//Theresa Romano
Theresa Romano

2

**CERTIFICATE OF SERVICE**

    I, Stephen Hrones, hereby certify that, on this 27th day of August, 2004, I have served a true and correct copy of the foregoing SUPPLEMENTAL AFFIDAVIT OF THERESA ROMANO by United States First-Class Mail, postage prepaid, as follows: Lewis C Eisenberg, Esq., Nicholas A Kenney, Esq., COSGROVE EISENBERG & KILEY, 803 Hancock St, POB 189, Quincy, MA 02170.

    //S//Stephen Hrones_____
    Stephen Hrones