September 10, 2004

**COURTESY COPY - DO NOT SCAN**
**VIA FACSIMILE to 617/748-4584, and ECF**
**ATTN: PIERCE REED, Law Clerk**
Honorable Joyce London Alexander, Magistrate
United States District Court/DMass
Moakley United States Cths, Ste 7410
1 Courthouse Way
Boston, MA   02110

      Re: *Theresa Romano, et al., v. Arbella Mutual Ins. Co.*, CA No. 03-12626MLW

Dear Mr. Reed:

      Pursuant to our telephone conversation of this morning, faxed herewith, and electronically-filed for filing in the above-mentioned proceeding is the PLAINTIFFS', THERESA ROMANO, LR BLAKE TRUST, AND CONCETTA ROMANO, MOTION TO CONTINUE HEARING RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' OPPOSITION THERETO.  A true and correct copy of this Motion is being served this date upon opposing counsel Nicholas A Kenney.

      Please do not hesitate to contact this office if questions or problems arise.  Thank you for your attention to, and courtesies in this matter.

      Very truly yours,

      //S//Adryann M Strauss
      ADRYANN M. STRAUSS
      Assistant to Stephen Hrones

AMS/ams
Enclosures
cc: Nicholas A Kenney, Esq.