UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA ROMANO
L.R. BLAKE TRUST
CONCETTA ROMANO
    Plaintiff

V.                                                CIVIL NO. 03-12626 JLA

ARABELLA MUTUAL INSURANCE COMPANY
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, M.J.,

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a **Status Conference** at **2:45 p.m.** on **Tuesday, October 26, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                          HONORABLE JOYCE LONDON ALEXANDER
                                          UNITED STATES MAGISTRATE JUDGE

                                          By the Court:

October 19, 2004          /S/ Rex Brown
Date                          Courtroom Clerk
                            (617) 748-9238

Notice to:    Austin J. Freely, Esq.
                *Via electronic notice*
                Stephen B. Hrones, Esq.
                *Via electronic notice*
                Lewis C. Eisenberg, Esq.
                *Via electronic notice*
                Nicholas Allen Kenney, Esq.
                *Via electronic notice*