UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA ROMANO
L.R. BLAKE TRUST
CONCETTA ROMANO
       Plaintiff
V.                                                              CIVIL NO. 03-12626 JLA
ARABELLA MUTUAL INSURANCE COMPANY
       Defendant

NOTICE CANCELLING
STATUS CONFERENCE

ALEXANDER, M.J.,

**PLEASE TAKE NOTICE** in that a hearing was held on October 7, 2004, in the above-entitled case, a Status Conference is **no longer set for** 2:45 p.m. on Tuesday, October 26, 2004, before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                                HONORABLE JOYCE LONDON ALEXANDER
                                                UNITED STATES MAGISTRATE JUDGE

                                                By the Court:

October 21, 2004                 /S/ Rex Brown
Date                                 Courtroom Clerk
                                 (617) 748-9238

Notice to:    Austin J. Freely, Esq.
                *Via electronic notice*
               Stephen B. Hrones, Esq.
                *Via electronic notice*
               Lewis C. Eisenberg, Esq.
                *Via electronic notice*
               Nicholas Allen Kenney, Esq.
                *Via electronic notice*