UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THERESA ROMANO
L.R. BLAKE TRUST
CONCETTA ROMANO
       Plaintiff
V.                                                             CIVIL NO. 03-12626 JLA
ARABELLA MUTUAL INSURANCE COMPANY
       Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a **Status Conference** at **11:00 a.m.** on **Wednesday, January 5, 2005,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                      HONORABLE JOYCE LONDON ALEXANDER
                                      UNITED STATES MAGISTRATE JUDGE

                                        By the Court:

<u>October 28, 2004</u>        /S/ Rex Brown
Date                           Courtroom Clerk
                           (617) 748-9238

Notice to:    Austin J. Freely, Esq.
                  *Via electronic notice*
              Stephen B. Hrones, Esq.
                  *Via electronic notice*
              Lewis C. Eisenberg, Esq.
                  *Via electronic notice*
              Nicholas Allen Kenney, Esq.
                  *Via electronic notice*