UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THERESA ROMANO, L.R. BLAKE TRUST, and CONCETTA ROMANO,<br><br>Plaintiffs<br><br>v.<br><br>ARBELLA MUTUAL INSURANCE CO.,<br><br>Defendant | Civil Action No.<br>03-12626MLW |

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. 56(b), the Defendant Arbella Mutual Insurance Co. ("Arbella") hereby renews its motion for summary judgment. Arbella rests this motion on two grounds, which are more fully set forth in the supporting memorandum: 1) that as a matter of law the Plaintiffs cannot establish a violation of Massachusetts General Laws c. 93A or c. 176D; and 2) that the Plaintiffs had documents that they should have produced prior to the disclaimer and their failure to produce those documents breached the policy, which under Rymsha v. Trust Insurance Co., 51 Mass.App.Ct. 414, 417-19, 746 N.E.2d 561 (2001) cannot be cured by court-enforced compliance.

WHEREFORE, Defendant requests the Court dismiss all counts of the Complaint.

**CERTIFICATE OF SERVICE**
I hereby certify that on [illegible] a true copy of the above document was [illegible] the attorney of record for each par[ty] [illegible] Mail. [illegible]
Date: 1/12/05
[signature] A. KENNEY

Dated: January 19, 2005

Respectfully submitted,
ARBELLA MUTUAL INSURANCE COMPANY,
By its attorneys,

[signature]
Lewis C. Eisenberg (BBO# 152140)
Nicholas A. Kenney (BBO# 650784)
COSGROVE, EISENBERG & KILEY, P.C.
803 Hancock Street --- P.O. Box 189
Quincy, MA 02170
tel: 617.479.7770

1

## Rule 7.1 Certification

Pursuant to F.R.C.P. Local Rule 7.1(a)(2) I, Nicholas Kenney, hereby certify that Arbella's counsel has conferred and attempted in good faith to resolve or narrow the issue raised in the foregoing motion.

1/19/05
Date

Nicholas A. Kenney