UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO, LR BLAKE TRUST, and ) <br> CONCETTA ROMANO, ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> ARBELLA MUTUAL INSURANCE COMPANY, ) <br>     Defendant ) <br> ) | C.A. NO. 03-12626MLW |

## PARTIES' JOINT REQUEST FOR STATUS CONFERENCE

Now Come the Parties in the above-entitled action and move this Honorable Court for scheduling of a Status Conference to determine the schedule of outstanding discovery and to determine a trial date.

As reasons therefore, the Parties submit that the time schedule for completion of discovery and trial remains open, the Court having taken under advisement Defendant's Motion for Reconsideration of this Court's Order Denying its Motion for Summary Judgment, which is still pending.

The parties request a date in late January of 2006.

Respectfully submitted,

/s/ Austin J. Freeley
Austin J. Freeley
BBO# 563349
221 Lewis Wharf
Boston, MA 02108
(617) 723-9538

/s/ Nicholas A. Kenney
Nicholas A. Kenney
BBO# 650784
One International Place Suite 1820
Quincy, MA 02170

Dated: December 16, 2005              (617) 479-7770