**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Theresa Romano, Concetta Romano,
& L.R. Blake Trust
          Plaintiff(s)

V.

Arbella Mutual Insurance Company
          Defendant(s)

CIVIL ACTION

NO.  03-CV-12626-JLA

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to ADR Program - 3/2006 for the following ADR program:

_____  SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION
   X     MEDIATION                       _____ MINI-TRIAL
_____  SUMMARY JURY TRIAL            _____ SETTLEMENT CONFERENCE
_____  SPECIAL MASTER
_____  PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

2/28/2006                                    /S/ JOYCE LONDON ALEXANDER
DATE                                         UNITED STATES MAGISTRATE JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                              [orefadr.]