UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Theresa Romano, Concetta Romano
and L. R. Blake Trust
        **Plaintiffs**

       V.                CIVIL CASE NO. 03-12626-JLA

Arbella Mutual Insurance Company
        **Defendant**

### NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for __a Mediation Hearing__ on __April 11__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least two business days prior to the hearing.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

__3/20/2006__                                By: __/s/ Marc K. Duffy__
  Date                                              Deputy Clerk

(ADR NOTICE (Romano).wpd - 3/7/2005)