**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Theresa Romano, et al.  </u>
        Plaintiff(s)

V.

<u>  Arbella Mutual Insurance Co.  </u>
        Defendant(s)

CIVIL ACTION
NO. <u>    03-12626-JLA    </u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>    Alexander    </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>   4/11/2006   </u> I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ].
    The parties were present in person, or by an authorized officer. [except _____ ].
    The case was:

[X]    Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u>    04/11/2006    </u>        <u>    Marianne B. Bowler, USMJ    </u>
DATE        ADR Provider

(ADR Report (Romano).wpd - 4/12/2000)        [adrrpt.]