# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Theresa Romano, L.R. Blake Trust & Concetta Romano**
  Plaintiff

V.

CIVIL ACTION

NO. **03-CV-12626-JLA**

**Arbella Mutual Insurance Company**
  Defendant

## SETTLEMENT ORDER OF DISMISSAL

 ALEXANDER   M. J.

The Court having been advised on **April 11, 2006** that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (**60**) days if settlement is not consummated.

By the Court,

4/12/06
Date

/S/ Jarrett Lovett
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)