UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA ROMANO, L.R. BLAKE TRUST, and CONCETTA ROMANO, | ) ) ) |
| Plaintiffs | ) ) |
| V. | ) CIVIL ACTION NO. 03-12626-JLA ) ) |
| ARBELLA MUTUAL INSURANCE CO., | ) ) ) |
| Defendant | ) |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above entitled matter, and hereby stipulate under F.R.C.P. 41(a)(1) that the above action shall be dismissed with prejudice and without costs. All parties waive all rights to appeal.

The Plaintiffs,
THERESA ROMANO, et al.
By her attorney

_____
Austin J. Freeley, Esq. / BBO# 563349
Law Office Of Austin J. Freeley
221 Lewis Wharf
Boston, MA  02108
(617) 723-9538

The Defendant,
ARBELLA MUTUAL INSURANCE CO.
By its attorney,

_____
Lewis C. Eisenberg, Esq. / BBO #152140
Cosgrove, Eisenberg and Kiley, Pc
803 Hancock Street - P.O. Box 189
Quincy, MA  02170
(617) (617) 479-7770

/CERTIFICATE OF SERVICE

I certify that on this date a copy of the within document was served on the attorneys of record via first-class mail.

_[signature]_
LEWIS C. EISENBERG

DATED: 5/2/06